J-A14016-15; J-A14017-15; J-A14018-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| MELISSA ANN BRODBECK, | : | |
| | : | |
| Appellant | : | No. 1730 MDA 2014 |

Appeal from the Judgment of Sentence Entered September 16, 2014,
in the Court of Common Pleas of York County,
Criminal Division at No(s): CP-67-SA-0000220-2014

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| BARBARA A. BRODBECK, | : | |
| | : | |
| Appellant | : | No. 1731 MDA 2014 |

Appeal from the Judgment of Sentence Entered September 16, 2014,
in the Court of Common Pleas of York County,
Criminal Division at No(s): CP-67-SA-0000219-2014

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| PAUL MICHAEL LEAHY, | : | |
| | : | |
| Appellant | : | No. 1732 MDA 2014 |

Appeal from the Judgment of Sentence Entered September 16, 2014,
in the Court of Common Pleas of York County,
Criminal Division at No(s): CP-67-SA-0000232-2014

* Retired Senior Judge assigned to the Superior Court.

J-A14016-15; J-A14017-15; J-A14018-15

BEFORE:  BENDER, P.J.E., JENKINS and STRASSBURGER,* JJ.

CONCURRING MEMORANDUM BY STRASSBURGER, J.:**FILED JUNE 05, 2015**

I too would affirm the judgments of sentence but based solely on Appellants' failure to comply with Pa.R.A.P. 1925(b).  Therefore, I concur in the result.